# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**ABDUL A. JALUDI,**                              :

      **Plaintiff**                         :      **CIVIL ACTION NO. 3:15-2076**

      **v.**                                       :                **(JUDGE MANNION)**

**CITIGROUP,**                                    :

      **Defendant**                        :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's objection to the report of the magistrate judge, **(Doc. 34)**, is **SUSTAINED**;

**(2)** the plaintiff's objections to the report of the magistrate judge, **(Doc. 35)**, are **OVERRULED**;

**(3)** the report of the magistrate judge, **(Doc. 33)**, is **ADOPTED IN PART AND NOT ADOPTED IN PART**;

    **(a)** the report is **NOT ADOPTED** with respect to the finding that the plaintiff's SOX claims are not subject to arbitration;

    **(b)** the report is **ADOPTED** in all other respects;

**(4)** the defendant's motion to compel arbitration and dismiss or stay the plaintiff's complaint, **(Doc. 15)**, is **GRANTED** to the extent that the parties are directed to proceed to arbitration

on the SOX and RICO claims raised in the instant action pursuant to the terms of the 2009 and 2011 arbitration Policies and the instant action is **DISMISSED** in its entirety; and

**(5)** the Clerk of Court is directed to **CLOSE THIS CASE**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: August 30, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2076-01-ORDER.wpd