UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-3577
_____

ABDUL A. JALUDI,
Appellant

v.

CITIGROUP and company or one or
more of its direct or indirect subsidiaries

On Appeal from the United States District Court
for the Middle District of Pennsylvania
District Court No. 3-15-cv-02076
District Judge: The Honorable Malachy E. Mannion

Argued June 4, 2019

Before: SMITH, *Chief Judge*, JORDAN, and MATEY, *Circuit Judges*

(Filed: August 6, 2019)
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on June 4, 2019.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered August 30, 2016, be and the same is hereby AFFIRMED IN PART, REVERSED IN PART, and the matter is REMANDED for further proceedings. All of the above in accordance with the opinion of this Court. Costs taxed to the Appellee.

|  |  |
|---|---|
|  | Attest: |
| DATED: August 6, 2019 | s/Patricia S. Dodszuweit<br>Clerk |