UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL A. JALUDI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:15-2076 |
| v. | : | (JUDGE MANNION) |
| CITIGROUP, | : | |
| Defendants | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Saporito **(Doc. 68)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Saporito **(Doc. 67)** is **ADOPTED IN ITS ENTIRETY**.

**(3)** The defendant's motion to dismiss **(Doc. 55)** is **GRANTED**.

**(4)** The plaintiff's remaining claim under the Sarbanes-Oxley Act of 2002, 18 U.S.C. §1514A, is **DISMISSED** for failure to state a claim upon which relief can be granted.

**(5)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 3, 2020**
15-2076-02-ORDER